UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
............................................................

| | |
|---|---|
| COUNTY OF SUFFOLK, | NOTICE OF <br> STATUS CONFERENCE |
| Plaintiff(s) | CV-09-2723 (CBA) |
| -against- | |
| GUTLOVE & SHIRVINT, INC. <br> and MAURO PENNISI, INC., | |
| Defendant(s). | |

............................................................

AMON, J.

    A **STATUS CONFERENCE** is hereby scheduled in the above-captioned case for **TUESDAY, OCTOBER 27, 2009 at 11:00am** before the Honorable Carol Bagley Amon at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York in Courtroom No. 10 D.

    SO ORDERED.

Dated:    Brooklyn, New York
           September 25, 2009

                                      Carol Bagley Amon
                                      United States District Judge
                                      718-613-2410