UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Civil Action No.  09-cv-2723

COUNTY OF SUFFOLK,

                      Plaintiff,                  **NOTICE OF CHANGE OF ADDRESS**

-against-

GUTLOVE & SHIRVINT, INC.
and MAURO PENNISI, INC.

                      Defendants.
-----------------------------------------------------------------------x

      Please be advised that our mailing and physical address has changed, effective Monday September 28, 2009.

**From:**

Law Offices of James F. Simermeyer, P.C.
101 Avenue of the Americas, 15th Floor
New York, New York 10013


**To:**

Law Offices of James F. Simermeyer, P.C.
148 Madison Avenue, 16th Floor
New York, New York 10016

Submitted by:

Dated: New York, New York
September 28, 2009

_____/s/_____

James Simermeyer (jfs6278)
Law Offices of James F. Simermeyer PC
148 Madison Avenue 16th floor
New York, New York 10013
212-691-7070

*Attorneys for the Defendant Mauro Pennisi*

**TO:  ALL COUNSEL**